✎AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.
KEARSE, MARCUS X

**Judgment in a Criminal Case**
**(For a Petty Offense)** — Short Form

CM/ECF Case No. 4:26-PO-00317-AGH

Case No. GM1 E2771657

USM No.

PRO SE
Defendant's Attorney

**THE DEFENDANT:** KEARSE, MARCUS X

☑ **THE DEFENDANT** pleaded guilty to count(s) 1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| OCGA § 40-6-181 | EXCESSIVE SPEED 50/35 reduced to 45/35 | 06/11/2026 | 1 |

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court within 30 days.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** $65.00 | $ 10.00 | $ 25.00 | $ 30.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 1508

Defendant's Year of Birth: 1997

City and State of Defendant's Residence:
FORTSON, GA

09/09/2026
Date of Imposition of Judgment

Signature of Judge

AMELIA G. HELMICK
Name and Title of Judge

09/09/2026
Date